UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE L. SMITH,

      Plaintiff,

v.                                 Case No. 3:15cv236/LC/CJK

SERGEANT BERCH, et al.,

      Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 3, 2015 (doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3.  This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of July, 2015.


s/*L.A. Collier*                                      
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**